CRIMINAL COMPLAINT
(Submitted electronically)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Daniel Jerome WAGNER**<br>DOB: 1968; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>22-00607MJ |

Complaint for violation of Title 18, United States Code, Sections 111(a) and 111(b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 21, 2022, in the District of Arizona, Defendant **Daniel Jerome Wagner**, did intentionally and forcibly assault United States Border Patrol Agent L. R., a person designated under Title 18, United States Code, Section 1114 as a federal officer, while said agent was engaged in and on account of the performance of his official duties, and in the commission of such assault, the defendant did use a deadly and dangerous weapon, to wit: a vehicle; all in violation of Title 18, United States Code, Sections 111(a) and 111(b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about September 21, 2022, at approximately 11:15 a.m. at or near Douglas, Arizona, along U.S. State Route 80, United States Border Patrol Agent L. R., as part of his official duties, was attempting to conduct an immigration inspection of a white Chrysler Sebring vehicle suspected of engaging in alien smuggling activity. Agent L. R. was in a fully marked U.S. Border Patrol vehicle. The driver of the vehicle was later determined to be Defendant **Daniel Jerome WAGNER**. As the agent followed the vehicle traveling westbound on SR80, the vehicle accelerated rapidly. The agent observed it pass a motorist at a high rate of speed. As the agent neared the white vehicle a distance away, he saw that the vehicle abruptly attempted to stop with all four tires spinning. The vehicle began to smoke as it spun into the middle of the road. Upon seeing this, the agent stopped his vehicle in the westbound lane on the road.

**BASIS OF COMPLAINT CONTINUED ON REVERSE**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED AUSA R. Arellano /s/ R. Arellano<br>Sworn to telephonically. x | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>USBP Agent Andrew Carpenter |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 22, 2022 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:**

The agent then saw the white vehicle traveling eastbound directly towards the agent. The vehicle then crossed into the westbound lane as it approached the agent causing him to drive off the highway onto the shoulder, narrowly missing being struck by **WAGNER**. **WAGNER** drove past the agent narrowly missing colliding with the patrol vehicle. The agent pursued **WAGNER** to effectuate a traffic stop. The vehicle abruptly stopped and began to face westbound again. As Agent L. R. approached the white vehicle, **WAGNER** rolled down his window and began to point at the agent while yelling he "better stay the fuck away" from him. **WAGNER** appeared enraged with a bright red face and spitting while yelling. **WAGNER** then sped north onto North Oro Road. Agents followed and eventually blocked **WAGNER's** vehicle. **WAGNER** was eventually extracted from the vehicle and arrested.